# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT E. THOMAS,

    Plaintiff,

v.                                        Case No:   6:19-cv-823-GAP-EJK

PENN CREDIT CORPORATION,

    Defendant.

## ORDER

This cause is before the Court *sua sponte*. In light of the Final Approval Order and Judgment entered in *Guidry v. Penn Credit Corporation*, 6:19-cv-1936-GAP-LRH, on September 22, 2021, it is

**ORDERED** that this case is **DISMISSED** as moot and all pending motions are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 23, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party